# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| ATLANTIC ER PHYSICIANS TEAM PEDIATRICS ASSOCS., PA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITEDHEALTH GROUP, INC., *et al.*, <br><br> Defendants. | Civil No. 20-20083 (RMB/AMD) <br><br> **ORDER** |

**RENÉE MARIE BUMB, United States District Judge**

This matter comes before Plaintiffs' Motion for Attorneys' Fees. [*See* Docket Nos. 24, 39.] For the reasons expressed in the Opinion of today's date, and for good cause shown,

**IT IS** this **30th** day of **March** 2022, hereby

**ORDERED** that Plaintiffs' Motion for Attorneys' Fees [Docket Nos. 24, 39] is **DENIED**; and it is further

**ORDERED** that, unless and until there is clearly established precedent, if United Defendants argue for federal subject matter jurisdiction in the future based on EIRSA preemption, they must disclose to the court the caselaw that cuts against their legal arguments (and themselves in particular). United Defendants should lay out that federal district courts in New Jersey, Pennsylvania, Nevada, Arizona, Florida,

and perhaps elsewhere have denied their arguments for ERISA preemption. And it is finally

**ORDERED** that this matter be **REMANDED** to the Superior Court of New Jersey, Gloucester County, Law Division, case number GLO-L-001196-20.

s/Renée Marie Bumb
Renée Marie Bumb
United States District Judge